

NUMBER 13-13-00361-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MARYNELL MALONEY,
DEBBIE SUAREZ, AND
MARYNELL MALONEY
LAW FIRM, P.L.L.C.,                                    Appellants,

v.

ALEXANDER M. BEGUM AND
BEGUM LAW GROUP, L.L.C.,                              Appellees.

On appeal from the 444th District Court
of Cameron County, Texas.

# MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Benavides and Longoria
Memorandum Opinion Per Curiam

On February 10, 2014, we abated this appeal on the joint motion of the parties to

effectuate a settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(C). This case is now

before the court on the parties' joint motion to dismiss the appeal on the grounds that the parties have reached an agreement that fully settles their differences. Accordingly, this case is hereby REINSTATED.

The Court, having considered the documents on file and the parties' joint motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs will be taxed against the party incurring the same. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
20th day of March, 2014.

2